IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

COTTONLAND PROPERTIES, LLC, §
§
§
Plaintiff, §
§
v. § No. 3:26-CV-0322-D
§
BRIDGETT ANNETTE JONES-REYES, §
§
Defendant. §

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

It is therefore ordered that this action is remanded to Ellis County Court at Law No. 1 of Ellis County, Texas. The clerk of court shall effect the remand according to the usual procedure.

The pending motions (ECF Nos. 5, 7, 8) are denied as moot.

**SO ORDERED**.

May 18, 2026.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE